## GAIR et al. v. PECK et al.

No. 544.   Decided January 25, 1960.

*Howard Hilton Spellman* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, and *James O. Moore, Jr.* for appellees.

Per Curiam.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## TAYLOR v. TAYLOR.

No. 552.   Decided January 25, 1960.

*F. L. Hagaman* for appellant.

Per Curiam.

The appeal is dismissed for want of a substantial federal question.